IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALI BOSTON, | : | CIVIL ACTION |
| | : | No. 14-229 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VINCE MOONEY, et al., | : | |
| | : | |
| Respondents. | : | |

### **O R D E R**

**AND NOW,** this **29th** day of **October, 2015,** after review of the Report and Recommendation of United States Magistrate Judge Faith Angell (ECF No. 14) and Petitioner's objections thereto (ECF No. 16), it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,    J.**